Christopher R. Barclay, Chapter 7 Trustee
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Tel.: (619) 255-1529
Email: admin@crb7trustee.com

## UNITED STATES BANKRUPTCY COURT
SOUTHERN **DISTRICT OF** CALIFORNIA
SAN DIEGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COORDINATED CARE CENTER, INC. | § | Case No. 12-05851-LT7 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Christopher R. Barclay, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 41,500.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 519,705.41 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 356,547.94 | |

3) Total gross receipts of $ 876,253.35  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 876,253.35  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 356,547.94 | 356,547.94 | 356,547.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,432,479.81 | 1,279,469.66 | 1,279,469.66 | 519,705.41 |
| **TOTAL DISBURSEMENTS** | $ 1,432,479.81 | $ 1,636,017.60 | $ 1,636,017.60 | $ 876,253.35 |

4) This case was originally filed under chapter 7 on  04/25/2012 .  The case was pending for 70 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/24/2018              By:/s/Christopher R. Barclay
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FINANCIAL ACCOUNTS | 1129-000 | 208.78 |
| INCOME TAX REFUND | 1224-000 | 3,067.60 |
| FRAUDULENT CONVEYANCE | 1241-000 | 872,976.97 |
| TOTAL GROSS RECEIPTS | | $876,253.35 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| C. R. BARCLAY | 2100-000 | NA | 47,062.67 | 47,062.67 | 47,062.67 |
| C. R. BARCLAY | 2200-000 | NA | 806.99 | 806.99 | 806.99 |
| TICOR TITLE | 2500-000 | NA | 1,905.00 | 1,905.00 | 1,905.00 |
| ASSOCIATED BANK | 2600-000 | NA | 8,051.30 | 8,051.30 | 8,051.30 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 4,215.94 | 4,215.94 | 4,215.94 |
| GATES, O'DOHERTY, GONTER & GUY, LLP | 3210-000 | NA | 242,521.00 | 242,521.00 | 242,521.00 |
| GATES, O'DOHERTY, GONTER & GUY, LLP | 3220-000 | NA | 4,593.19 | 4,593.19 | 4,593.19 |
| SQUAR MILNER LLP | 3410-000 | NA | 21,562.50 | 21,562.50 | 21,562.50 |
| SQUAR MILNER LLP | 3420-000 | NA | 225.35 | 225.35 | 225.35 |
| TORREY PARTNERS | 3731-000 | NA | 25,311.00 | 25,311.00 | 25,311.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 356,547.94 | $ 356,547.94 | $ 356,547.94 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ada Abi-Farah 9647 Ancourt Street Arcadia, CA 91007 | | 0.00 | NA | NA | 0.00 |
| | American Empire c/o M. Barnes SNR Denton US LLP 2121 N. California Blvd # 800 Walnut Creek, CA 94596 | | 350.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Beach Whitman Cowdry, LLP 500 E. Esplanade Drive Suite 1400 Oxnard, CA 93036 | | 157,500.77 | NA | NA | 0.00 |
| | Brenden Perales 6363 Temple City Blvd. Temple City, CA 91780 | | 0.00 | NA | NA | 0.00 |
| | Delores Wideman 1973 El Sereno Pasadena, CA 91103 | | 0.00 | NA | NA | 0.00 |
| | Diane Johnson 5941 Primrose Temple City, CA 91780 | | 0.00 | NA | NA | 0.00 |
| | Healthcare Mgmt Systems, Inc. 3838 Camino Del Rio North Suite 115 San Diego, CA 92108 | | 59,206.25 | NA | NA | 0.00 |
| | Jose Trujillo 202 N. Kern Avenue Apt. 182 Los Angeles, CA 90022 | | 0.00 | NA | NA | 0.00 |
| | Manuel Munguia 11154 Orchard Street El Monte, CA 91731 | | 0.00 | NA | NA | 0.00 |
| | Myra Burton 1999 Navarrro Avenue Pasadena, CA 91103 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Patricia Martinez 612 Padilla Street San Gabriel, CA 91776 | | 0.00 | NA | NA | 0.00 |
| | Sandra Franco 131 E. Live Oak # 26 San Gabriel, CA 91776 | | 0.00 | NA | NA | 0.00 |
| | Tricare Center, Inc. 3838 Camino Del Rio North Suite 115 San Diego, CA 92108 | | 47,232.70 | NA | NA | 0.00 |
| | Tricare Center, Inc. 3838 Camino Del Rio North Suite 115 San Diego, CA 92108 | | 77,956.04 | NA | NA | 0.00 |
| | Trini Holmes c/o Michael G. Porter 900 Wilshire Blvd. Suite 1115 Los Angeles, CA 90017 | | 0.00 | NA | NA | 0.00 |
| 1 | ANGELO REYES C/O STEPHEN GARCIA, Esq. | 7100-000 | 1,090,234.05 | 1,246,930.66 | 1,246,930.66 | 506,488.45 |
| 2 | LORY CHANI | 7100-000 | 0.00 | 32,539.00 | 32,539.00 | 13,216.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,432,479.81 | $ 1,279,469.66 | $ 1,279,469.66 | $ 519,705.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-05851    LT | |
| Case Name: | COORDINATED CARE CENTER, INC. | |
| For Period Ending: | 01/24/2018 | |

| | |
|---|---|
| Judge: | Laura S. Taylor |

| | |
|---|---|
| Trustee Name: | Christopher R. Barclay |
| Date Filed (f) or Converted (c): | 04/25/2012 (f) |
| 341(a) Meeting Date: | 05/23/2012 |
| Claims Bar Date: | 10/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  FINANCIAL ACCOUNTS<br><br>Checking Account  American West Bank | 200.78 | 200.00 | | 208.78 | FA |
| 2.  LIQUIDATED CLAIMS<br><br>Unpaid balance on promissory note payable to Debtor from Coordinated Health Center, LLC.<br><br>Property abandoned per trustee's notice of proposed abandonment filed on January 22, 2015 (See Docket 69). | 25,000.00 | 1.00 | OA | 0.00 | FA |
| 3.  CONTINGENT CLAIMS<br><br>Collection Action  Coordinated Care v. Ruby Flores and Karen Taylor  Los Angeles County Superior Court Case No. 11C001763.  Breach of contract, common counts, fraud for non-payment of facilities use.  Value set at amount of prayer in complaint. One of the defendants recently died.  Deceased defendant's estate has no known assets, other defendant of questionable collectability.<br><br>Property abandoned per trustee's notice of proposed abandonment filed on January 22, 2015 (See Docket 69). | 16,000.00 | 0.00 | OA | 0.00 | FA |
| 4.  OFFICE EQUIPMENT<br><br>Miscellaneous equipment, office equipment. Property abandoned per trustee's notice of proposed abandonment filed on January 22, 2015 (See Docket 69). | 500.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-05851 | LT | | | Trustee Name: | Christopher R. Barclay |
|---|---|---|---|---|---|---|
| Case Name: | COORDINATED CARE CENTER, INC. | | | | Date Filed (f) or Converted (c): | 04/25/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/23/2012 |
| For Period Ending: | 01/24/2018 | | | | Claims Bar Date: | 10/31/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5.  FRAUDULENT CONVEYANCE                    (u)<br><br>The trustee believes the estate has an interest in a fraudulent conveyance action to avoid and recovery the Debtor's fraudulent transfer of its business to a successor entity, 3GenCare Inc. owned by children of the Debtor's former principals.  The Debtor filed its petition in April 2012 after a jury verdict of $1 million for elder abuse was entered.  There were several other lawsuits pending against the Debtor when it filed its petition.  The Debtor transferred cash, accounts receivable, its operating license to operate a 59 bed skilled nursing facility, patient contracts, Medicare and Medicaid reimbursement rights and other property to 3GenCare Inc.  Trustee alleges the transfer was both actually fraudulent and constructively fraudulent .  In addition, the trustee alleges claims for successor liability, alter ego and money had and received against 3GenCare Inc. and the former principals of the Debtor and the principals of 3 GenCare Inc. and against the Debtor's affiliated entities that were involved in the transfer. | 0.00 | 1.00 | | 872,976.97 | FA |
| 6.  INCOME TAX REFUND                    (u) | Unknown | 3,067.60 | | 3,067.60 | FA |
| 7.  DEBTOR'S LITIGATION RECORDS                    (u)<br><br>Debtor's litigation records that were obtained from debtor's prior counsel. Property abandoned per trustee's notice of proposed abandonment filed on January 22, 2015 (See Docket 69). | 0.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $41,700.78 | $3,269.60 | | $876,253.35 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UPDATE TO CASE NOTES THROUGH OCTOBER 31, 2017:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 8

During this period, the trustee and his professionals filed their final fee applications. On August 3, 2017, the court entered an order approving the final fee applications for the trustee, GOGG, and Squar Milner. The trustee issued payment of the allowed professional fees and expenses on September 1, 2017.

This case is now postured for filing of the trustee's final report which the trustee expects will occur by September 30, 2017.

FIFTH REPORTING PERIOD THROUGH MARCH 31, 2017:

During this period, the trustee continued to collect settlement installment payments from the Defendants. The trustee collected a total of $272,976.97 from the Defendants during this reporting period. The final installment payment was received on February 13, 2017.

On November 9, 2015, the trustee filed his second interim application for payment of professional fees and expenses. On December 9, 2016, the court approved the interim fee applications for the trustee and his professionals.

On November 9, 2016, the trustee filed a motion for order authorizing second interim distribution. Pursuant to the motion, the trustee sought authority to 1) pay allowed interim chapter 7 administrative claims; 2) make a second interim distribution of up to 21% to the estate's general unsecured creditors. On December 9, 2016, the court entered an order granting the trustee's motion for order authorizing second interim distribution. The trustee processed the interim distribution on December 12, 2016.

During this period, the trustee also filed the estate's tax returns for 2016 and made requests for prompt assessment of taxes.

In March 2017, the trustee executed the Substitution of Trustee and Full Reconveyance with respect to the deed of trust in favor of the estate for recording.

Case to remain open as an asset case pending completion of trustee's case closing activities and filing of required final reports.

FOURTH REPORTING PERIOD THROUGH MARCH 31, 2016:

During this period, the trustee continued to collect settlement installment payments from the Defendants. The trustee collected a total of $360,000.00 from the Defendants during this reporting period.

With respect to Claim No. 2 of Lory Chani, c/o Tom Takenouchi ("L. Chani"), the trustee observed that L. Chani did not provide an itemized statement of account or any other supporting documents. The trustee requested the information from L. Chani, however, no response was received. Accordingly, on June 30, 2015, the trustee filed an objection to Claim No. 2 on the basis that the claim did not include any supporting documentation ("Claim Objection"). On July 27, 2015, L. Chani filed an Opposition to the Claim Objection and a Request for Hearing which was supported by a declaration of L. Chani. In the declaration, L. Chani provided the supporting documents and information supporting L. Chani's lost wages. In addition, L. Chani increased the claim amount from $10,000.00 to $32,539.00. Thereafter, the trustee and L. Chani resolved the Claim Objection. Pursuant to the order entered on August 13, 2015, the court approved the stipulation to resolve the Claim Objection whereby L. Chani is allowed a general unsecured claim under 11 U.S.C. § 726(a)(2) in the amount of $32,539.00.

On November 5, 2015, the trustee filed his first interim application for payment of professional fees and expenses. On December 15, 2015, the court approved the interim fee applications for the trustee and his professionals.

On November 5, 2015, the trustee filed a motion for order authorizing interim distribution. Pursuant to the motion, the trustee sought authority to 1) pay allowed interim chapter 7 administrative claims; 2) make an interim distribution of up to 9% to the estate's general unsecured creditors. On December 15, 2015, the court entered an order granting the trustee's motion for order authorizing interim distribution. The trustee processed the interim distribution on December 23, 2015.

During this period, the trustee also filed the estate's tax returns for 2015 and made requests for prompt assessment of taxes.

Case to remain open as an asset case pending completion of trustee's collection and case closing activities and filing of required final reports.

THIRD REPORTING PERIOD THROUGH MARCH 31, 2015:

On May 29, 2014, the trustee and the Defendants engaged in mediation before the Honorable Leo Papas from 9:30 am to 11:00 pm. At the conclusion of the mediation, the parties executed a settlement term sheet. The keys terms of the settlement are: 1) the Defendants jointly and severally stipulated to entry of judgment in the amount of $1,000,000, less payments made to the trustee; 2) the settlement agreement is secured by a recorded $1,000,000 deed of trust recorded against Tri-care's property known as the San Marino Manor Facility; 3) the settlement agreement provides the trustee will accept a lesser settlement amount from the Defendants in the aggregate amount of $836,500 as a full and complete settlement, provided the Defendants perform according to the following terms: (a) Defendants shall make a $150,000 payment within five days of entry of the order approving the agreement; (b) Defendants shall pay the $686,500 balance, plus interest at the rate of 5% per annum, in $30,000 per month installment payments beginning on the first month following entry of the order approving the settlement; and c) Defendants will make full and complete payment of the $836,500 settlement amount within 25

Exhibit 8

months following entry of the order. In the event of Defendants' default of the settlement, the trustee is entitled to file the Stipulation for Entry of Judgment in the amount of $1,000,000, less payments by the Defendants, and is entitled to take all lawful steps to enforce the stipulation for entry of judgment. The settlement was a full and complete settlement of all of the claims and causes of action known or unknown alleged in the Adversary Proceeding as well as the claims asserted in the Angelo state court action.

On September 25, 2014, the trustee filed a notice of intended action seeking approval of the settlement agreement. Creditor Angelo filed an objection to the trustee's notice of intended action and requested a hearing on its opposition for November 13, 2014. Angelo did not appear at the hearing and the Court overruled Angelo's objection and approved the trustee's settlement with the Defendants. On December 1, 2014, the Court entered an order approving the settlement agreement. The trustee received the Defendants' initial settlement payment of $150,000 on December 10, 2014. Thereafter, the trustee collected $60,000 in installment payments through March 31, 2015.

On January 7, 2015, the trustee's professionals filed interim/final fee applications for payment of their professional fees and expenses. The hearing on the professional fee applications was held on February 5, 2015 whereby the court approved the first interim fee applications of GOGG and Squar Miller and the final fee application of Torrey Partners. The order approving same was entered on February 5, 2015. The trustee issued payment to his professionals on March 27, 2015.

During this period, the trustee has determined that asset numbers 2, 3, 4 & 7 are of inconsequential value to the estate and were abandoned by the trustee's notice of proposed abandonment filed on January 22, 2015.

During this period, the trustee filed the estate's tax returns for 2014 and also made requests for prompt assessment of taxes.

The trustee has investigated the validity of the filed claims in the case. During this period, the trustee corresponded with AmericanWest Bank and requested that it withdraw its claim in the case on the basis that the accounts subject to the claim had been paid in full. AmericanWest Bank complied with the trustee's request and filed a withdrawal of claim on February 17, 2015. The trustee is currently investigating the validity of Claim 2 filed by Lory Chani and has requested that counsel from Ms. Chany to provide documents to support the claim. The trustee is awaiting a response.

In light of the trustee's ongoing collection activities, the trustee changed his estimated TFR date from December 31. 2014 to December 31, 2017.

Case to remain open as an asset case pending completion of trustee's collection activities and filing of required final reports.


SECOND REPORTING PERIOD THROUGH MARCH 31, 2014:

During this period, the trustee continued to pursue the estate's interest in certain transfers. On May 2, 2013, the trustee filed a complaint to avoid and recover fraudulent and constructive fraudulent transfers and obligations (Case No. 13-90122) against Tri-Care Center, Inc., Healthcare Management Systems, Inc. and other parties  ("Defendants"). The Defendants filed their answer on June 12, 2013. The trustee's claims are disputed by the Defendants. Recently, the parties agreed to a mediation. The next status conference is scheduled to take place on June 12, 2014.

An Ex Parte Application to Employ and Compensate Torrey Partners as Expert Consultant and Potential Testifying Witness was filed on September 9, 2013. The order approving the employment of Torrey Partners was entered on September 16, 2013.

On August 30, 2013, the trustee received $3,067.60 from the United States Treasury on account of a tax refund.

On January 8, 2014, the trustee filed a notice of intended action and opportunity for hearing ("Notice"), notifying all parties in interest of his intent to pay taxes owing to the Franchise Tax Board ("FTB") as they become due. No party object and the court entered an order approving the Notice on March 7, 2014.

During this period, the trustee filed the estate's tax returns for 2013 and also made requests for prompt assessment of taxes.

Case to remain open as an asset case pending completion of trustee's investigation and liquidation activities and filing of required final reports.

FIRST REPORTING PERIOD THROUGH MARCH 31, 2013:

Case Summary and Chronology to Date:

A voluntary chapter 7 case was filed on April 25, 2012. The original Section 341(a) meeting in the chapter 7 case was conducted on May 23, 2012. The trustee is investigating the nature of the debtor's financial affairs prior to the petition. Prior to the petition date, the debtor operated an elder care facility under the trade name, San Marino Manor (the "Business"). The Business was operated at 6812 N. Oak Avenue in San Gabriel, California. The debtor's representative testified that the Business ceased operating in April of 2011. On April 1, 2011, 3Gencare, Inc. assumed the debtor's business license and continued to operate the Business. The trustee is investigating whether the transfers involving the Business are avoidable under 11 U.S.C. Section 544(a)(3).

On August 1, 2012, the trustee set a request for a claims bar date. On October 26, 2012, the trustee filed an Ex Parte Application for Approval of Employment of Gates, O'Doherty, Gonter and Guy, LLP ("GOGG") as general bankruptcy counsel was filed with the court. The court entered an order approving the employment of GOGG on October 26, 2012.

Exhibit 8

On or about December 4, 2012, the trustee received turnover of the funds remaining with American West Bank in the amount of $208.78. In the interim, the trustee's attorneys have been conducting discovery and preparing for the filing of a complaint against 3Gencare, Inc.

On April 9, 2013, the trustee filed an Ex Parte Application for Authority to Employ Squar, Milner, Peterson, Miranda & Williamson, LLP ("Squar Milner") as Accountants and Consultants to the Estate.  The court approved the employment of Squar Milner by order entered April 10, 2013.

1.Assets That Will be Abandoned

At this time, there are no assets to abandon.  The debtor lists a total of 4 assets on schedule B and the trustee has not yet made a determination that any of the assets should be abandoned.

2.Status of Liquidation Efforts

The trustee's investigation concerning the debtor's interest in property is still ongoing.

3.Status of Adversary Actions and Appeals

No adversaries or appeals have been filed by the trustee in this case.

4.Status of Claims Review/Objections

The total amount of filed claims prior to conversion of this case is $1,441,644.16 .  The trustee has not yet investigated the validity of the claims filed in the case.  No claims objections have been filed as presently there is no money to distribute in the case.

5.Status of Tax Returns

The trustee filed a request for an extenstion to file the estate's tax returns.

6.Other Actions Necessary to Complete Administration of the Case

Case to remain open as an asset case pending completion of trustee's investigation and liquidation activities and filing of required final reports.


Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 12/31/2017

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  12-05851

Case Name:  COORDINATED CARE CENTER, INC.

Taxpayer ID No:  XX-XXX0833

For Period Ending:  01/24/2018

Trustee Name:  Christopher R. Barclay

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX7286

Checking Account

Blanket Bond (per case limit):  $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/04/12 | 1 | AMERICAN WEST BANK 41 W. Riverside Ave, Suite 300Spokane, WA  99201 | LIQUIDATION OF BANK ACCOUNT | 1129-000 | $208.78 | | $208.78 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $0.12 | $208.66 |
| 08/30/13 | 6 | UNITED STATES TREASURY Financial Management ServiceRegional Financial CenterPO Box 51315Philadelphia, PA  19115-6315 | TAX REFUND (FORM 941) | 1224-000 | $3,067.60 | | $3,276.26 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,266.26 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,256.26 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,246.26 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,236.26 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,226.26 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,216.26 |
| 04/03/14 | 1001 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2013 Form 100S CA Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $822.00 | $2,394.26 |
| 04/03/14 | 1002 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2014 Form 100S CA Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $800.00 | $1,594.26 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,584.26 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,574.26 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,564.26 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,554.26 |

Page Subtotals:                    $3,276.38          $1,722.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851
Case Name: COORDINATED CARE CENTER, INC.

Taxpayer ID No: XX-XXX0833
For Period Ending: 01/24/2018

Trustee Name: Christopher R. Barclay
Bank Name: Associated Bank
Account Number/CD#: XXXXXX7286
Checking Account
Blanket Bond (per case limit): $38,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,544.26 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,534.26 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,524.26 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,514.26 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $1,504.26 |
| 12/10/14 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT Per order approving settlement entered on December 2, 2014 [Docket 36]. | 1241-000 | $150,000.00 | | $151,504.26 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $160.46 | $151,343.80 |
| 02/04/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $181,343.80 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $225.00 | $181,118.80 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $238.88 | $180,879.92 |
| 03/09/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $210,879.92 |
| 03/16/15 | 1003 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2015 Form 100ES CA Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $800.00 | $210,079.92 |
| 03/27/15 | 1004 | SQUAR MILNER ET AL 3655 Nobel Dr Ste 450San Diego, CA 92122 | Accounting Fees Awarded Per Order Entered February 5, 2015 | 3410-000 | | $5,033.00 | $205,046.92 |
| 03/27/15 | 1005 | SQUAR MILNER ET AL 3655 Nobel Dr Ste 450San Diego, CA 92122 | Accounting Costs Awarded Per Order Entered February 5, 2015 | 3420-000 | | $83.82 | $204,963.10 |

Page Subtotals: $210,000.00  $6,591.16

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851

Case Name: COORDINATED CARE CENTER, INC.

Trustee Name: Christopher R. Barclay

Bank Name: Associated Bank

Account Number/CD#: XXXXXX7286

Checking Account

Taxpayer ID No: XX-XXX0833

For Period Ending: 01/24/2018

Blanket Bond (per case limit): $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/15 | 1006 | TORREY PARTNERS Attention:  Brian J. Bergmark11452 El Camino Real 110San Diego, CA 92130 | Financial Advisor Fees Allowed Per Order Entered 2.5.15 | 3731-000 | | $25,311.00 | $179,652.10 |
| 03/27/15 | 1007 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY FEES Allowed Per Order Entered 2.5.15 | 3210-000 | | $160,000.00 | $19,652.10 |
| 03/27/15 | 1008 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY COSTS Allowed Per Order Entered 2.5.15 | 3220-000 | | $4,553.81 | $15,098.29 |
| 04/06/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $45,098.29 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $301.67 | $44,796.62 |
| 04/23/15 | 1009 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY FEES Allowed Per Order Entered 2.5.15 | 3210-000 | | $30,000.00 | $14,796.62 |
| 05/07/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $44,796.62 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $70.23 | $44,726.39 |
| 05/18/15 | 1010 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY FEES Allowed Per Order Entered 2.5.15 | 3210-000 | | $30,000.00 | $14,726.39 |
| 05/21/15 | 1011 | TICOR TITLE 2878 Camino Del Rio South, Suite 500San Diego, CA  92128 | Title Insurance/Ticor File No 00265 Per sale order entered December 2, 2014. | 2500-000 | | $1,905.00 | $12,821.39 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $57.87 | $12,763.52 |

Page Subtotals: $60,000.00    $252,199.58

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  12-05851
Case Name:  COORDINATED CARE CENTER, INC.

Trustee Name:  Christopher R. Barclay
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX7286
Checking Account

Taxpayer ID No:  XX-XXX0833
For Period Ending:  01/24/2018

Blanket Bond (per case limit):  $38,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/09/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $42,763.52 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $52.73 | $42,710.79 |
| 07/13/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $72,710.79 |
| 07/21/15 | 1012 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY FEES Allowed Per Order Entered 2.5.15 | 3210-000 | | $8,321.00 | $64,389.79 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $89.39 | $64,300.40 |
| 08/14/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $94,300.40 |
| 09/08/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $124,300.40 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $123.08 | $124,177.32 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $168.58 | $124,008.74 |
| 10/21/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $154,008.74 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $198.75 | $153,809.99 |
| 11/11/15 | 5 | HEALTHCARE MANAGEMENT SYSTEMS 3838 Camino Del Rio N. Ste 220San Diego, CA  92108 | SETTLEMENT | 1241-000 | $30,000.00 | | $183,809.99 |

Page Subtotals:    $180,000.00    $8,953.53

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851

Case Name:  COORDINATED CARE CENTER, INC.

Taxpayer ID No: XX-XXX0833

For Period Ending: 01/24/2018

Trustee Name:  Christopher R. Barclay

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX7286

Checking Account

Blanket Bond (per case limit):  $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $248.61 | $183,561.38 |
| 12/08/15 | 5 | Healthcare Management Systems, Inc. | Settlement | 1241-000 | $30,000.00 | | $213,561.38 |
| 12/21/15 | 1013 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY FEES Allowed Per Order Entered 12.15.15 | 3210-000 | | $8,470.00 | $205,091.38 |
| 12/21/15 | 1014 | GATES, O'DOHERTY ET AL Attention: Lisa Torres, Esq.15373 Innovation Dr Ste 170San Diego, CA 92128 | ATTORNEY COSTS Allowed Per Order Entered 12.15.15 | 3220-000 | | $25.47 | $205,065.91 |
| 12/21/15 | 1015 | SQUAR MILNER ET AL 3655 Nobel Dr Ste 450San Diego, CA 92122 | Accounting Fees Awarded Per Order Entered December 15, 2015 | 3410-000 | | $4,812.50 | $200,253.41 |
| 12/21/15 | 1016 | SQUAR MILNER ET AL 3655 Nobel Dr Ste 450San Diego, CA 92122 | Accounting Costs Awarded Per Order Entered December 15, 2015 | 3420-000 | | $46.84 | $200,206.57 |
| 12/21/15 | 1017 | Christopher R. Barclay PO Box 2819 La Mesa, CA 91943 | Trustee Compensation authorized per order entered 12.15.15 | 2100-000 | | $20,000.00 | $180,206.57 |
| 12/21/15 | 1018 | Christopher R. Barclay PO Box 2819 La Mesa, CA 91943 | Trustee Costs authorized per order entered 12.15.15 | 2200-000 | | $342.92 | $179,863.65 |
| 12/23/15 | 1019 | ANGELO REYES C/O STEPHEN GARCIA, Esq. Garcia, Artigliere & Schadrack One World Trade Ctr, Ste. 1950 Long Beach, CA  90831 | Interim distribution to claim 1 representing a payment of 9.00 % per court order entered 12.14.15. | 7100-000 | | $112,223.75 | $67,639.90 |
| 12/23/15 | 1020 | LORY CHANI 3530 Damien Ave., Space #43 La Verne, CA 91750 | Interim distribution to claim 2 representing a payment of 9.00 % per court order entered 12.14.15. | 7100-000 | | $2,928.51 | $64,711.39 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $294.81 | $64,416.58 |

Page Subtotals:                              $30,000.00        $149,393.41

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851

Case Name:  COORDINATED CARE CENTER, INC.

Taxpayer ID No:  XX-XXX0833

For Period Ending:  01/24/2018

Trustee Name:  Christopher R. Barclay

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX7286

Checking Account

Blanket Bond (per case limit):  $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $94,416.58 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $147.06 | $94,269.52 |
| 02/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $124,269.52 |
| 02/25/16 | 1021 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2015 Form 100ES CA Corp ID 2556101; EIN 20-0180833 Per Order Entered 3.7.14 | 2820-000 | | $800.00 | $123,469.52 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.99 | $123,312.53 |
| 03/11/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $153,312.53 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $213.53 | $153,099.00 |
| 04/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $183,099.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.60 | $182,851.40 |
| 05/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $212,851.40 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $300.60 | $212,550.80 |
| 06/12/16 | 5 | Healthcare Managment Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $242,550.80 |
| 06/12/16 | 1022 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0511 | Notice #4781787160408; CA Corp ID 2556101; EIN 20-0180833 Per Order Entered 3.7.14 | 2820-000 | | $167.94 | $242,382.86 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $331.62 | $242,051.24 |

Page Subtotals:                    $180,000.00        $2,365.34

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851

Case Name: COORDINATED CARE CENTER, INC.

Taxpayer ID No: XX-XXX0833

For Period Ending: 01/24/2018

Trustee Name: Christopher R. Barclay

Bank Name: Associated Bank

Account Number/CD#: XXXXXX7286

Checking Account

Blanket Bond (per case limit): $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/13/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $272,051.24 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $387.20 | $271,664.04 |
| 08/08/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $301,664.04 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $438.37 | $301,225.67 |
| 09/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $331,225.67 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $460.75 | $330,764.92 |
| 10/12/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $360,764.92 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $520.52 | $360,244.40 |
| 11/17/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $390,244.40 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $538.45 | $389,705.95 |
| 12/12/16 | 1023 | GATES, O'DOHERTY, GONTER & GUY, LLP 15373 Innovation Drive, Suite 170 San Diego, CA  92128 | Allowed Attorneys' Fees - 3rd Interim Award Per Order Entered 12.9.16 | 3210-000 | | $1,530.00 | $388,175.95 |
| 12/12/16 | 1024 | SQUAR MILNER WILLIAMSON, LLP 3655 NOBEL DRIVE, SUITE 450 SAN DIEGO, CA  92122 | Allowed Accountants Fees - Interim Award Per Order Entered 12.9.16 | 3410-000 | | $6,268.50 | $381,907.45 |
| 12/12/16 | 1025 | SQUAR MILNER WILLIAMSON, LLP 3655 NOBEL DRIVE, SUITE 450 SAN DIEGO, CA  92122 | Allowed Accountants Costs - Interim Award Per Order Entered 12.9.16 | 3420-000 | | $64.94 | $381,842.51 |

Page Subtotals:  $150,000.00  $10,208.73

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  12-05851

Case Name:  COORDINATED CARE CENTER, INC.

Taxpayer ID No:  XX-XXX0833

For Period Ending:  01/24/2018

Trustee Name:  Christopher R. Barclay

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX7286

    Checking Account

Blanket Bond (per case limit):  $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/12/16 | 1026 | ANGELO REYES C/O STEPHEN GARCIA, Esq. Garcia, Artigliere & Schadrack One World Trade Ctr, Ste. 1950 Long Beach, CA  90831 | Final distribution to claim 1 representing a payment of 30.26 % per court order. | 7100-000 | | $265,066.55 | $116,775.96 |
| 12/12/16 | 1027 | LORY CHANI 3530 Damien Ave., Space #43 La Verne, CA 91750 | Final distribution to claim 2 representing a payment of 30.26 % per court order. | 7100-000 | | $6,916.98 | $109,858.98 |
| 12/12/16 | 1028 | BARCLAY, C. R. P.O. BOX 2819 LA MESA, CA  91943-2819 | Allowed Trustee Compensation  Per Order Entered 12.9.16 | 2100-000 | | $20,000.00 | $89,858.98 |
| 12/12/16 | 1029 | BARCLAY, C. R. P.O. BOX 2819 LA MESA, CA  91943-2819 | Allowed Trustee Costs Per Order Entered 12.9.16 | 2200-000 | | $153.03 | $89,705.95 |
| 12/14/16 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $119,705.95 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $411.34 | $119,294.61 |
| 01/10/17 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $30,000.00 | | $149,294.61 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $209.11 | $149,085.50 |
| 02/13/17 | 5 | Healthcare Management Systems, Inc. | Settlement Payment | 1241-000 | $2,976.97 | | $152,062.47 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $202.34 | $151,860.13 |
| 03/14/17 | 1032 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2016 Form 100 Corp ID 2556101; EIN 20-0180833 Reversal Check written in error. | 2820-000 | | ($800.00) | $152,660.13 |
| 03/14/17 | 1031 | FRANCHISE TAX BOARD PO Box 942857Sacramento, CA  94257-0501 | 2016 Form 100 Corp ID 2556101; EIN 20-0180833 Reversal Check written in error. | 2820-000 | | ($800.00) | $153,460.13 |

    Page Subtotals:    $62,976.97    $291,359.35

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-05851

Case Name: COORDINATED CARE CENTER, INC.

Taxpayer ID No: XX-XXX0833

For Period Ending: 01/24/2018

Trustee Name: Christopher R. Barclay

Bank Name: Associated Bank

Account Number/CD#: XXXXXX7286

Checking Account

Blanket Bond (per case limit): $38,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/14/17 | 1030 | FRANCHISE TAX BOARD PO Box 942857 Sacramento, CA 94257-0501 | 2017 Form 100ES CA Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $800.00 | $152,660.13 |
| 03/14/17 | 1031 | FRANCHISE TAX BOARD PO Box 942857 Sacramento, CA 94257-0501 | 2016 Form 100 Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $800.00 | $151,860.13 |
| 03/14/17 | 1032 | FRANCHISE TAX BOARD PO Box 942857 Sacramento, CA 94257-0501 | 2016 Form 100 Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $800.00 | $151,060.13 |
| 03/14/17 | 1033 | FRANCHISE TAX BOARD PO Box 942857 Sacramento, CA 94257-0501 | 2016 Form 100 Corp ID 2556101; EIN 20-0180833 | 2820-000 | | $26.00 | $151,034.13 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.18 | $150,808.95 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $216.98 | $150,591.97 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $223.87 | $150,368.10 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $216.35 | $150,151.75 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $223.26 | $149,928.49 |
| 09/01/17 | 1034 | C. R. BARCLAY P.O. BOX 2819 LA MESA, CA 91943-2819 | Final distribution representing a payment of 15.01 % per court order. | 2100-000 | | $7,062.67 | $142,865.82 |
| 09/01/17 | 1035 | C. R. BARCLAY P.O. BOX 2819 LA MESA, CA 91943-2819 | Final distribution representing a payment of 38.54 % per court order. | 2200-000 | | $311.04 | $142,554.78 |
| 09/01/17 | 1036 | GATES, O'DOHERTY, GONTER & GUY, LLP 15373 Innovation Drive, Suite 170 San Diego, CA 92128 | Final distribution representing a payment of 1.73 % per court order. | 3210-000 | | $4,200.00 | $138,354.78 |

Page Subtotals: $0.00  $15,105.35

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Case No: 12-05851
Case Name: COORDINATED CARE CENTER, INC.

Taxpayer ID No: XX-XXX0833
For Period Ending: 01/24/2018

Trustee Name: Christopher R. Barclay
Bank Name: Associated Bank
Account Number/CD#: XXXXXX7286
Checking Account
Blanket Bond (per case limit): $38,000,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/17 | 1037 | GATES, O'DOHERTY, GONTER & GUY, LLP 15373 Innovation Drive, Suite 170 San Diego, CA 92128 | Final distribution representing a payment of 0.30 % per court order. | 3220-000 | | $13.91 | $138,340.87 |
| 09/01/17 | 1038 | SQUAR MILNER LLP 3655 NOBEL DRIVE, SUITE 450 SAN DIEGO, CA 92122 | Final distribution representing a payment of 25.27 % per court order. | 3410-000 | | $5,448.50 | $132,892.37 |
| 09/01/17 | 1039 | SQUAR MILNER LLP 3655 NOBEL DRIVE, SUITE 450 SAN DIEGO, CA 92122 | Final distribution representing a payment of 13.20 % per court order. | 3420-000 | | $29.75 | $132,862.62 |
| 12/31/17 | 1040 | UNITED STATES BANKRUPTCY COURT Southern District of California 325 West F Street San Diego, CA 92101 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $132,569.62 |
| 12/31/17 | 1041 | ANGELO REYES C/O STEPHEN GARCIA, Esq. Garcia, Artigliere & Schadrack One World Trade Ctr, Ste. 1950 Long Beach, CA 90831 | Final distribution to claim 1 representing a payment of 10.36 % per court order. | 7100-000 | | $129,198.15 | $3,371.47 |
| 12/31/17 | 1042 | LORY CHANI 3530 Damien Ave., Space #43 La Verne, CA 91750 | Final distribution to claim 2 representing a payment of 10.36 % per court order. | 7100-000 | | $3,371.47 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $876,253.35 | $876,253.35 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $876,253.35 | $876,253.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $876,253.35 | $876,253.35 |

Page Subtotals: $0.00 $138,354.78

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7286 - Checking Account | $876,253.35 | $876,253.35 | $0.00 |
| | $876,253.35 | $876,253.35 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $876,253.35 |
| Total Gross Receipts: | $876,253.35 |